# Court of Appeals
## Tenth Appellate District of Texas

10-25-00349-CR

The State of Texas,
Appellant

v.

Ivan Wayne Linebaugh,
Appellee

On appeal from the
278th District Court of Madison County, Texas
Judge Tracy Sorenson, presiding
Trial Court Cause No. 20-13501

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

The State appealed from an order granting a motion to quash the indictment in this proceeding. *See* TEX. CODE CRIM. PROC. art. 44.01(e). After the State filed its notice of appeal, the trial court entered an amended order that instead denied the defendant's motion to quash the indictment. A denial of a motion to quash an indictment is not appealable by the State. *See, generally*, TEX. CODE CRIM. PROC. art. 44.1.

Accordingly, this appeal is dismissed for want of jurisdiction.

_____
LEE HARRIS
Justice

OPINION DELIVERED and FILED:  October 9, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Appeal dismissed
Do not publish
CR25

